UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

RYAN MAGANA-SCOTT

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.  CV-13-3088-JLQ

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

      This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that:

      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

      DATED: May 13, 2014

                         SEAN F. McAVOY
                         Clerk of Court

                         By:  _s/Virginia Reisenauer_
                             Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**